IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.      No. CR 10-1719 JB

ROBERT FRANKLIN COLBORN,

    Defendant.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** comes before the Court on Defendant Robert F. Colborn's Motion for Order Regarding Waiver of Extradition, filed June 24, 2014 (Doc. 52)("Motion").  The Court held a hearing on February 3, 2015.  In his Motion, Defendant Robert F. Colborn asked the Court to grant him "a waiver of extradition" so he could "seek a final disposition, or plea on [his] revocation of probation."  Motion at 1.  At the hearing, Colborn stated that, because of the Court's resolution of his federal case, his Motion was moot, because he filed the Motion to get into federal custody so that he could handle his federal case.  See Transcript of Hearing at 29:3-7 (taken February 3, 2015)("Tr.")(Robins: "I guess at this point, it is moot.").[1]  Both parties agreed that the Court should order that the Motion is moot.  See Tr. at 29:9-15 (Court, Robins, Wang).  For this reason, and the reasons stated at the hearing on the record, the Court will deny Colborn's Motion as moot.

**IT IS ORDERED** that Defendant Robert F. Colborn's Motion for Order Regarding Waiver of Extradition, filed June 24, 2014 (Doc. 52), is denied as moot.

---

[1] The Court's citations to the transcript of the hearing refer to the court reporter's original, unedited version.  Any final transcript may contain slightly different page and/or line numbers.

- 2 -

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Damon P. Martinez
  United States Attorney
Lynn Wei-Yu Wang
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Jacquelyn Robins
Albuquerque, New Mexico

    *Attorney for the Defendant-Petitioner*